IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-13 |
| DESTINY THOMPSON, | |
| Defendant. | |

### O R D E R

This matter is before the Court in consideration of the request by Johnnette T. Thompson-Campbell for return of the bond posted in the above captioned case in the amount of **$1,000.00**. (Doc. 357.)  Upon review of Magistrate Judge Ray's August 24, 2021 Order finding that forfeiture of Defendant's appearance bond is not required, (doc. 218), with no objection made by the Government as to the request, (doc. 364), and a judgment of conviction having been entered in this case on January 11, 2022, (doc. 310), the Court hereby **GRANTS** the Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall disburse said funds, plus any and all accrued interest, to Johnnette T. Thompson-Campbell, to the address provided in her request.

**SO ORDERED**, this 11th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA